526

896 A.2d 507

In re the Nomination Petition of Jonathan D. KEELER as Republican Candidate for the Office of State Representative for the 106th District of the Commonwealth of Pennsylvania.

Appeal of Jonathan D. Keeler.

Supreme Court of Pennsylvania.

April 18, 2006.

## ORDER

PER CURIAM.

AND NOW, this 18th day of April, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.